UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| FOREST RIVER FARMS, on behalf of itself and others similarly situated,  )<br>)<br>)<br>Plaintiff(s),  )<br>)<br>vs.  )<br>MONSANTO COMPANY  )<br>)<br>)<br>Defendant(s).  ) | Case No. 4:18-cv-00181-JAR |

DISCLOSURE OF ORGANIZATIONAL INTERESTS
CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for _Forest River Farms_ hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:
    Forest River Farms Inc.  (North Dakota)
    Blair Farm and Seed Inc. (North Dakota)

_s/Ashlea Schwarz_
Signature (Counsel for Plaintiff/Defendant)
Print Name: _Ashlea Schwarz_
Address: _601 Walnut Street #300_
City/State/Zip: _Kansas City MO 64106_
Phone: _816-984-8100_

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: _February 25_, 20_18_.

_s/ Ashlea Schwarz_
Signature